Reference ordered to Mr. Richard W. G. Welling, to take proof of the facts stated in the petition; the referee to report such evidence, with his opinion thereon.

GARDNER v. SEITZ et al. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by George A. Gardner against Frederick C. Seitz, impleaded with John J. L. Friederich and others. Eugene Van Voorhis, for appellant. Edward Harris, for respondent.

GREEN, J. This action arose out of the same accident involved in the appeal of the defendants Friederich from an order denying their motion to set aside the verdict rendered against them and for a new trial, which appeal has been decided at the present term of the court. 49 N. Y. Supp. 1077. The jury found a verdict of no cause of action as against the defendant Seitz, the respondent, and the appellant relies solely upon the exceptions taken to the charge of the court and to refusals to charge certain propositions requested. We have examined these exceptions with care, and have weighed and considered them in connection with the whole charge and the remarks of the court in passing upon the various propositions offered in behalf of the several parties, and we are of the opinion that no error has been committed that would justify an appellate court in setting aside the verdict upon any of the grounds asserted by the appellant. The judgment should be affirmed, with costs. All concur.

GARRETT, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by Lena Garrett against Bradford R. Wood. No opinion. Judgment and order affirmed, with costs. See 43 N. Y. Supp. 125; 48 N. Y. Supp. 1002.

In re GERE. (Supreme Court, Appellate Division, Fourth Department. October Term, 1897.) Action, in the matter of the petition of William A. Gere for the appointment of commissioners, to determine the necessity for laying out and opening a highway in the town of Geddes, N. Y. No opinion. Motion to dismiss the appeal granted.

GIRARDIN, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Ernest Girardin against the Metropolitan Street-Railroad Company. C. F. Brown, for appellant. E. J. McCrossin, for respondent. No opinion. Judgment affirmed, with costs.

GOODWIN, Appellant, v. THOMPSON. Respondent. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Stephen W. Goodwin against Albert L. Thompson. Jonathan C. Ross, for appellant. Leslie M. Daniel, for respondent.

PER CURIAM. The order appealed from should be modified by striking therefrom the following clause: "Of what consists the duress

49 N.Y.S.—72

referred to in said sixth paragraph of the complaint, and the time and place connected therewith, and the fear of what mischief to the property of the plaintiff and to his interests and himself he claims in said sixth paragraph of the complaint to have influenced him." As so modified, the order should be affirmed, without costs to either party.

GURLEY, Respondent, v. FRIEDER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by George B. Gurley against William Frieder. No opinion. Application granted, on payment by appellant to respondent, within five days, of the sum of $25, appellant to give a new undertaking to secure the judgment on appeal in case the respondent shall so elect, or deposit money. Order to be resettled before Justice HATCH on two days' notice. See 48 N. Y. Supp. 1105.

GURLEY, Respondent, v. FRIEDER, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by George P. Gurley against William Frieder. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 1105.

HALL, Appellant, v. VILLAGE OF GLENS FALLS, Respondent. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Hamilton Hall, as administrator, against the village of Glens Falls. No opinion. Judgment and order affirmed, with costs. See 40 N. Y. Supp. 1143.

HALPIN, Respondent, v. MUTUAL BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by Paul Halpin against the Mutual Brewing Company, Matthew Coleman, Edward Joyce, and others. No opinion. Order resettled, so as to show that the decision was unanimous. See 47 N. Y. Supp. 412.

HALPIN, Respondent, v. MUTUAL BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 16, 1897.) Action by Paul Halpin against the Mutual Brewing Company, Matthew Coleman, Michael T. Coleman, Denis Coleman, Frederick Eder, Thomas D. Coleman, and others. No opinion. Order settled and signed. See 47 N. Y. Supp. 412.

HARRIS, Respondent, v. THIRD AVE. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by Harry B. Harris, an infant, against the Third Avenue Railway Company. S. S. Slater, for appellant. J. G. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAYES, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Bernard G. Hayes against Harry C. Kennedy and another. No opinion. Interlocutory judgment reversed, and judgment directed